IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BILLY T. GATEWOOD,
    Petitioner

v.      CIVIL ACTON NO. 00-CV-6116

THE ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA, et al.,
    Respondents.

FILED
JUN -1 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this / day of June, 2015, upon consideration of *pro se* Petitioner's Motion in Request for This Respected Court to Take Stewardship of State Habeas Corpus, to Compel Respondent to Answer Federal Habeas Corpus on the Basis of the Filed Motion Rule 60(b)" **IT IS ORDERED** that:

1. Petitioner's Motion is **DENIED**; and,

2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this court's procedural ruling. *See Slack v. McDaniel*, 120 S.Ct. 1595 (2000).

THOMAS N. O'NEILL, J.