**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BILLY TYRONE GATEWOOD,** <br> *Petitioner,* <br> v. <br> <br> **MARY LEFTRIDGE BYRD,** ***et al.,*** <br> ***Respondents.*** | : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br> **No. 00-6116** |

**ORDER**

**AND NOW,** this 31st day of August, **2026**, upon consideration of Billy Tyrone Gatewood's *pro se* Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) (ECF 30) and Motion for Appointment of Counsel (ECF 31) and his state court criminal docket, and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Gatewood's Rule 60(b) Motion (ECF 30) is **DISMISSED**;
3. Gatewood's Motion for Appointment of Counsel (ECF 31) is **DENIED** without prejudice;
4. There is no probable cause to issue a certificate of appealability; and
5. The Clerk of the Court shall mark this case **CLOSED**.

**BY THE COURT:**

**HON. GAIL A. WEILHEIMER**
*United States District Court Judge*
*Eastern District of Pennsylvania*